UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PEGGY CHAISSON

CIVIL CASE NO.: 2:22-cv-1613

VERSUS

STATE FARM FIRE AND CASUALTY
COMPANY

SECTION: I (3)

## PLAINTIFF'S INITIAL DISCLOSURES

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **PEGGY CHAISSON**, who in accordance with the Rules of Federal Procedure do provide the following initial disclosures:

### DISCLOSURE NO. 1

A description of the insured's ownership or other interest in the property.

### RESPONSE TO DISCLOSURE NO. 1.

This property is owned by Peggy Chiasson.

### DISCLOSURE NO. 2

The address of the property (or location of movable property) on the date of the event.

### RESPONSE TO DISCLOSURE NO. 2.

10 Kingsridge Loop
Houma, Louisiana, 70363

### DISCLOSURE NO. 3

The name of each insurer and all policy numbers for each policy or other insurance held by or potentially benefitting the insured or the property on the date of the loss, including relevant policy and claim numbers for any claims.

**RESPONSE TO DISCLOSURE NO. 3.**

    State Farm Fire and Casualty Company
    Policy No. 18-16-9522-0
    Claim No. 18-24F2-10S

**DISCLOSURE NO. 4**

    Identify any current mortgagee or other known lien holder.

**RESPONSE TO DISCLOSURE NO. 4.**

    J.P Morgan Chase Bank
    P.O. Box 4465
    Springfield, OH, 45501

**DISCLOSURE NO. 5**

    A computation of each item or type of claimed loss, including content claims if in dispute. When the policy requires, the computation should reasonably identify or itemize price and quantity of materials.

**RESPONSE TO DISCLOSURE NO. 5.**

    See Exhibit A

    A contents list is being prepared and will be used to supplement this reponse.

**DISCLOSURE NO. 6**

    Identify any payments received under the policy relating to the event. Identify the source and amount of any payments received after the event from other insurance or any other source for all or any part of the loss.

**RESPONSE TO DISCLOSURE NO. 6.**

    See Exhibit B.

**DISCLOSURE NO. 7**

Identify any grant or other similar program that the insured applied for after the event, including a small business administration loan, seeking payment for all or any part of the loss.

**RESPONSE TO DISCLOSURE NO. 7.**

A claim was submitted to FEMA which was subsequently denied due to Claimant having insurance with State Farm Fire and Casualty Company.

**DISCLOSURE NO. 8**

Identify the public or other adjusters, estimators, inspectors, contractors, engineers or other persons engaged by or on behalf of the insured relating to the claimed loss.

**RESPONSE TO DISCLOSURE NO. 8.**

GLS & Associates – Gary Sanders, Adjuster

**DISCLOSURE NO. 9**

With respect to any other insurance, all policy numbers, the name of each insurer, claim numbers, docket numbers for any claims made for coverage by the insured on the same property at issue in this litigation.

**RESPONSE TO DISCLOSURE NO. 9.**

N/A

**DISCLOSURE NO. 10**

Identify the source and amount of any payments received after the event from other insurance or any other source for all or any part of the loss.

**RESPONSE TO DISCLOSURE NO. 10.**

N/A

**DISCLOSURE NO. 11**

A general description, including the court and docket number, of any lawsuits arising from the event relating to the property. This is in is in the clients file usually under "lawsuit" or "pleadings" depending on who set up the file.

**RESPONSE TO DISCLOSURE NO. 11.**

US DC Eastern District Case No. 2:22-CV-1613
Complaint for Damages and Statutory Penalties
This complaint arises out of damages caused by Hurricane Ida.

**DISCLOSURE NO. 12**

A general description of any known pre-existing damage to the property relating to the claimed loss.

**RESPONSE TO DISCLOSURE NO. 12.**

N/A.

**DISCLOSURE NO. 13**

A general description of any claims for property damage or lawsuits resulting from property damage in the past ten years relating to the property.

**RESPONSE TO DISCLOSURE NO. 13.**

None

**DISCLOSURE NO. 14**

Identify any sale, transfer or foreclosure of the property after the event.

**RESPONSE TO DISCLOSURE NO. 14.**

N/A

**DISCLOSURE NO. 15**

Documents relating to the claimed loss, including loss estimates, adjuster's reports, engineering reports, contractor's reports, estimates, bids, plans, or specifications regarding repair work (whether planned, in progress or completed), photographs, videos, or other materials relating to the claimed loss, along with any receipts, invoices and other records of actual costs to repair or replace the claimed loss. This shall include all reports or analyses, including draft reports prepared on behalf of the insured.

**RESPONSE TO DISCLOSURE NO. 15.**

See Exhibit A

**DISCLOSURE NO. 16**

Proofs of loss for the claimed loss.

**RESPONSE TO DISCLOSURE NO. 16.**

See Exhibit A

**DISCLOSURE NO. 17**

Documents relied on by the insured in generating any proof of loss required or provided under the policy.

**RESPONSE TO DISCLOSURE NO. 17.**

See Exhibit A

**DISCLOSURE NO. 18**

Written communications exchanged between the insured and insurer that refer or relate to insured's claimed loss, the property or damages or otherwise relating to the insured's claim.

**RESPONSE TO DISCLOSURE NO. 18.**

See Exhibit C

**DISCLOSURE NO. 19**

Photographs and videos of the property taken for the purpose of documenting the condition of the property, including photographs and videos of the loss.

**RESPONSE TO DISCLOSURE NO. 19.**

See photographs found in Exhibit A.

**DISCLOSURE NO. 20**

Written communications, photographs or estimates of damages sought from or paid by any other insurer related to the event.

**RESPONSE TO DISCLOSURE NO. 20.**

N/A

**DISCLOSURE NO. 21**

The insurance policy with respect to any other insurance, and the claim numbers for claims made to recover loss to the property relating to the event.

**RESPONSE TO DISCLOSURE NO. 21.**

N/A

**DISCLOSURE NO. 22**

Appraisals or surveys of the property condition within five years before or any time after the event.

**RESPONSE TO DISCLOSURE NO. 22.**

None.

**DISCLOSURE NO. 23**

If there has been an appraisal under the policy, documents relating to the appraisal process.

\

**RESPONSE TO DISCLOSURE NO. 23**

Appraisal was never invoked by either party.

**DISCLOSURE NO. 24**

Any other documents on which the insured relies to support the claimed loss.

**RESPONSE TO DISCLOSURE NO. 24**

No other documents at this time; however, contents list is being prepared.

**DISCLOSURE NO. 25**

For NFIP claims, communications to and from FEMA, the insurer and the insured relating to the claimed loss or the property before the litigation was filed.

**RESPONSE TO DISCLOSURE NO. 25**

N/A

**DISCLOSURE NO. 26**

For NFIP claims, the documents relating to an administrative appeal under 44 C.F.R. § 62.20.

**RESPONSE TO DISCLOSURE NO. 26**

N/A

Respectfully Submitted:
**DeJean & Noland Law Office, L.L.C.**

*/s/ Erik R. Noland*
Erik R. Noland (La. Bar #37245)
Felix A. DeJean IV (La. Bar #25028)
604 Saint Ferdinand Street
Baton Rouge, Louisiana 70802
(225) 344-2639 Telephone
(225) 346-5252 Facsimile
*Attorneys for Peggy Chiasson*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record, via U.S. Mail, facsimile, e-mail and/or hand delivered, this 16th day of August, 2022.

*/s/ Erik R. Noland*
Felix "Andy" DeJean IV
Erik R. Noland